**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BOBBY LEE BELL (# 28585),**                                                **PETITIONER**

**v.**                                                                                    **No. 4:06CV173-P-B**

**LAWRENCE KELLY, ET AL.**                                                **RESPONDENTS**


## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition

for a writ of *habeas corpus* is hereby **DISMISSED** for failure to exhaust state remedies.


**SO ORDERED,** this the 25th day of April, 2007.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE